**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**JIMMY STANTON, AIS # 157689**      :

    **Plaintiff,**             :

**vs.**                       :   **CIVIL ACTION 17-0102-JB-N**

**JEFFERSON DUNN, *et al.,***       :

    **Defendants.**           :

## ORDER

In order to ensure that Plaintiff Stanton receives the Court's order treating several Defendants' Answers and Special Reports as motions for summary judgment, the Court examined the Alabama Department of Corrections' website and discovered that Plaintiff Stanton's current address is Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749.  Plaintiff did not notify the Court of this change in his address as he was ordered to do in order to avoid the dismissal of his action for failure to prosecute.  (Doc. 1 at 16, PageID.16; Doc. 8 at 3, PageID. 34).  The Clerk is **DIRECTED** to change Plaintiff's Holman address on the docket to reflect his current address.

    **DONE** and **ORDERED** this _14__day of November, 2019.


                **/s/ KATHERINE P. NELSON**
                **UNITED STATES MAGISTRATE JUDGE**