# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JIMMY STANTON, | ) | |
| AIS #157689, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:17-CV-102-WS-N |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE AND NOTICE OF FILING

COMES NOW undersigned counsel and in response to this Court's Order of December 16, 2019 (Doc. 112) gives notice that a Waiver of Service was filed today on behalf of Mallorie Mixon and the current deadline for filing her special report is February 14, 2020.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL


*/s/ Mary Goldthwaite*
Mary Goldthwaite
Assistant Attorney General
Counsel for the served ADOC Defendants


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
Phone: (334) 353-9189
Mary.Goldthwaite@AlabamaAG.gov

1

**CERTIFICATE OF SERVICE**

I certify that I have on January 9, 2020 filed the foregoing Response and Notice of Filing using the Court's CM/ECF electronic filing system. I further certify that I have mailed a copy of the foregoing to the following non-CM/ECF participants by placing the same in U.S. First Class Mail, postage prepaid and properly addressed to the following:

Jimmy Stanton
AIS #157689
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

*/s/ Mary Goldthwaite*
OF COUNSEL